IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID VEGA,

    Plaintiff,

v.                                                                        No. 13-cv-0339 LH/SMV

CITY OF ALBUQUERQUE,
YOKI MAURX, and
MICHAEL HARRISON,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

THIS MATTER is before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc.18], filed June 11, 2013, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 23], filed June 26, 2013.

                                                                               _____

                                                                               **STEPHAN M. VIDMAR**
                                                                               **United States Magistrate Judge**