## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**DAVID VEGA,**

    Plaintiff,

v.                                                                           No. 13-cv-0339 LH/SMV

**CITY OF ALBUQUERQUE,**
**YOKI MAURX, and**
**MICHAEL HARRISON,**

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter at a conference held before the Court on February 18, 2014.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **March 18, 2014**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

                                                                                                _____
                                                                                                **STEPHAN M. VIDMAR**
                                                                                                **United States Magistrate Judge**